IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| Plaintiff, | * |
| vs. | * |
| | * No. 4:10-CR-00015-SWW |
| JOHN WESLEY SHAVER | * |
| WILLIAM CONDRA, and | * |
| TRAVIS BLANSETT | * |
| Defendants. | |

## ORDER

Pending is the United States' Motion to Issue Summons and Unseal the Indictment. Based upon the United States' Motion, the case is ordered to be unsealed. Furthermore, while the arrest warrant for Defendant Shaver has already been served, the outstanding warrants for Defendants Condra and Blansett are ordered withdrawn and a summons shall be issued for their appearance at the regularly scheduled Plea and Arraignment set in March.

IT IS SO ORDERED this 18th day of February, 2010.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE